PROB 12B
(Rev. D/SC - 1/09)

# UNITED STATES DISTRICT COURT

RECEIVED
USDC, CLERK, CHARLESTON, SC
2009 DEC 21 A 8: 17

for

**District of South Carolina**

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

***(Probation Form 49, Waiver of Hearing is Attached)***

**Name of Offender:** Donald Brown **Case Number:** 4:98CR00879-001 (Count One-Information)
4:98CR00718-001 (Count Two-Indictment)

**Name of Sentencing Judicial Officer:** The Honorable C. Weston Houck, Senior U. S. District Judge

**Date of Original Sentence:** February 9, 1999

**Original Offense:** Count One: Use of a Firearm in Relation to a Crime of Violence, 18 U.S.C. § 924(c)
Count Two: Use of a Firearm in Relation to a Crime of Violence, 18 U.S.C. § 924(c)

**Original Sentence:** Custody in the U.S. Bureau of Prisons for a term of sixty (60) months as to Count One. Said term is to run consecutively to the term of sixty (60) months imposed as to Criminal No. 4:98-718. The aggregate sentence is one hundred twenty (120) months. The term of imprisonment is to be followed by a three (3) year term of supervised release. Said term to run concurrently with the three (3) years imposed in Criminal No. 4:98-718. The following special conditions are imposed: (1) The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer; (2) The defendant shall make restitution to Lucky Winners, c/o Charles Davis, 1607 Fore Road, Florence, SC 29506, in the amount of $1,400. This shall be made payable to Clerk, U.S. District Court, at the rate of $75 per month ($17.40 balance outstanding); and (3) The defendant shall pay a $100 special assessment fee (satisfied September 26, 2003).

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** September 29, 2007

**Previous Court Action/Notification(s):** On July 30, 2009, the Court was notified of Mr. Brown's arrest by the Nassau County Police Department in Long Beach, New York, for Grand Larceny in the 3rd Degree. At that time, it was recommended that the violation be held in abeyance pending final disposition of the charges.

## PETITIONING THE COURT

☐ To extend the term of supervision for____ years, for a total term of ____ years.

☒ To modify the conditions of supervision as follows:

For a period of 120 days, the defendant shall reside in a Residential Re-Entry Center (RRC) approved by the Probation Department. While in the RRC, the defendant shall adhere to all rules and conditions established by the RRC, including the payment of subsistence costs.

## CAUSE

Mr. Brown pled guilty to Petit Larceny, a Class A Misdemeanor, on October 22, 2009, in Nassau County Superior Court in Long Beach, New York. Mr. Brown was sentenced on October 28, 2009, to four (4) months custody (and given credit for time served), and $250 in court fees, due by December 30, 2009. Mr. Brown was released from custody on November 23, 2009, and reported to the probation office. As a controlling measure for the aforementioned violation, the Eastern District of New York recommends placement in a Residential Re-Entry Center (RRC) for a period of 120 days. Mr. Brown is in agreement to the recommendation and signed a waiver to modify the conditions of his supervised release. Additionally, Mr. Brown was placed back on random urinalysis testing as a result of his admitted usage of marijuana while serving his recent sentence.

At this time, we concur with the recommendation of the Eastern District of New York. Mr. Brown's term of supervised release is not scheduled to terminate until September 25, 2010. Placement at a RRC would allow Mr. Brown the opportunity to obtain employment and reestablish productive community ties.

Respectfully submitted,

by Wesley L. Swinton

Wesley L. Swinton
U.S. Probation Officer

Date: December 2, 2009

Reviewed and Approved By:

Maureen J. Kiney

Maureen J. Kiney
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other

C. Weston Houck
Senior U. S. District Judge

Dec. 18, 2009
Date